SO ORDERED: May 7, 2018.



_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEVEN PAUL BUTNER, ) | Case No. 16-08959-JMC-7A |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| ARTHUR ELSTON and MARY ELSTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 17-50184 |
| ) | |
| STEVEN PAUL BUTNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING TRIAL AND RESETTING CUT-OFF DATES

THIS MATTER comes before the Court on *Defendant's Motion to Continue Deadlines and Trial Date* filed by Steven Paul Butner on April 30, 2018 (Docket No. 19) (the "Motion"). The Court, having reviewed the Motion and being otherwise duly advised, now **GRANTS** the

Motion as follows:

1. Trial is continued to **September 17, 2018 at 10:00 a.m. EDT** in Room 325, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

2. The deadline by which discovery shall be completed is extended to **June 29, 2018**.

3. The deadline by which dispositive motions, including motions for summary judgment, shall be filed is extended to **July 20, 2018**.

4. The deadline by which the parties shall exchange and file final witness and exhibit lists is extended to **September 4, 2018**.

5. The deadline by which the parties may stipulate to background facts and the authenticity of documents is extended to **September 10, 2018**.

IT IS SO ORDERED.

# # #