# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | STEVEN PAUL BUTNER |
| **Case Number:** | 16-08959-JMC-7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 16, 2018 10:00 AM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

ADV: 1-17-50184

Arthur Elston vs Steven Paul Butner

Trial (Whole day)

**R / M #:**   0 / 0

**VACATED:** Motion to continue filed;  Trial reset for 9/17/18 at 10:00 a.m.

### Appearances:

NONE

### Proceedings:

VACATED: Motion to continue filed;  Trial reset for 9/17/18 at 10:00 a.m.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**