**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN PAUL BUTNER, | ) | CASE NO. 16-08959-JMC-7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ARTHUR ELSTON AND MARY ELSTON | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ADV. PROC. NO. 17-50184 |
| | ) | |
| STEVEN PAUL BUTNER | ) | |
| Defendant. | ) | |

**FINAL WITNESS LIST**

Come now, Arthur and Mary Elson, by counsel Penny L. Carey, and pursuant to the Court's May 7, 2018, Order Continuing Trial Date and Resetting Cut-off Dates, hereby submit their Final Witness List. Plaintiffs' may call the following persons as witnesses at the trial scheduled for September 17, 2018:

1. Arthur Elston
2. May Elston
3. Steven Butner
4. Christina Butner
5. Patrick Sanders
6. Dr. Gary Wright
7. Dr. Clark Simmons
8. M Louise Curtis
9. Jim Kennedy

10. Mike Watkins

11. Thomas Foltz

12. David Sutherland

12. Any witness identified by any other party to this matter.

13. Any person required to verify, admit, introduce, authenticate, or lay foundation for any documents introduced at trial.

14. Any person necessary for the purposes of impeachment or rebuttal at trial.

Plaintiffs' reserve the right to add to or otherwise amend the foregoing list of witnesses with the appropriate notice to the Court and Opposing Counsel.

> Respectfully Submitted,
>
> /s/ Penny L. Carey
> Penny L. Carey
> Carey Law Office
> 729 N. Meridian Street
> Lebanon, IN 46052
> (317)863-5669
> Email: carey.law@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have personally served via first class mail upon the following the above Final Witness List on this 4th Day of September, 2018 by first class United States Mail at the following address or through the Court's electronic case filing system (ECF):

United States Trustee, ustregion10.in.ecf@usdoj.gov (ECF)
Gregory Silver, Chapter 7 Trustee, trusteesilver@yahoo.com (ECF)
John C. Cannizaro, Counsel for Defendant, john.cannizzaro@icemiller.com (ECF)
Thomas E. Mixdorf, Counsel for Defendant, Thomas.mixdorf@icemiller.com (ECF)

> /s/ Penny L. Carey
> Penny L. Carey
> Carey Law Office
> 729 N. Meridian
> Lebanon, IN 46052
> (317) 863-5669
> carey.law@hotmail.com