# EXHIBIT LIST

Date:   September 12, 2018

Bankruptcy Case No. 16-08959-JMC-7
Adversary Proceeding No. 17-50184

PLAINTIFFS Arthur and Mary Elston, by Counsel Penny L. Carey, CAREY LAW OFFICE:

| Exh | Description | Admitted | Not Admitted | Admitted over Obj. |
|---|---|---|---|---|
| 1 | Contract dated June 26, 2015, between Energy Secure Solutions and the Plaintiffs (Attached to Plaintiffs' Complaint as Exhibit A.) | | | |
| 2 | Complaint filed by the Plaintiffs against Energy Secure Solutions in the Boone Superior Court 2 on March 29, 2016. (Attached to Plaintiffs' Complaint as Exhibit B). | | | |
| 3 | 2009 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001690-001727). | | | |
| 4 | 2010 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001690-001727). | | | |
| 5 | 2011 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001769-001799). | | | |
| 6 | 2012 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001769-001799). | | | |
| 7 | 2013 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001423-001463). | | | |
| 8 | 2014 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001464-001511). | | | |
| 9 | 2015 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001512-001575). | | | |

| | | | | |
|---|---|---|---|---|
| 10 | 2016 1040, U.S. Individual Income Tax Return and Indiana Full-Year Resident Income Tax Return, IT-40 for Defendant and Spouse. (Butner 001843-001890). | | | |
| 11 | 2009 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc. (Butner 001891-001926). | | | |
| 12 | 2010 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001927-001959). | | | |
| 13 | 2011 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001961-1966). | | | |
| 14 | 2012 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001997-002034). | | | |
| 15 | 2013 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001576-001614). | | | |
| 16 | 2014 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001615-001652). | | | |
| 17 | 2015 1120S, U.S. Income Tax Return for an S Corporation and Indiana Form IT-20A-S Corporation Tax Return for Energy Secure Solutions, Inc.  (Butner 001615-001652). | | | |
| 18 | Photo copy of business card for Defendant. (Butner 000187) | | | |
| 19 | Statement detailing payments made from the bank account located at PNC for Energy Secure Solutions, Inc, to pay Defendant's personal liabilities/expenses by Defendant. (Butner 000150). | | | |
| 20 | Security Agreement between Steven Butner and Camp Wright Investments, LLC dated March 19,2014. (Butner 000027-000035). | | | |
| 21 | Security Agreement between Energy Secure Solutions, Inc. and Camp Wright Investments, LLC dated Marcy 19, 2014 and purportedly signed by Steven Butner as President of Energy Secure | | | |

2

|    |                                                                                                                                                                                 |  |  |  |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
|    | Solutions, Inc. and by Dr. Gary Wright for Camp Wright Investments, LLC. (Butner 000037-000045).                                                                                |  |  |  |
| 22 | Agreement to Recapitalize Corporation dated March 19, 2014.  (Butner 000047-000049).                                                                                            |  |  |  |
| 23 | Incorporation, Dissolution, Business Entity Report and Change of Address documentation for Energy Secure Solutions, Inc.                                                        |  |  |  |
| 24 | Photo copy of check #9069 (front and back) dated July 9, 2015 to Energy Secure Solutions in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000).                    |  |  |  |

# EXHIBIT LIST

Date:   September 12, 2018

                                                   Bankruptcy Case No. 16-08959-JMC-7
                                                   Adversary Proceeding No. 17-50184

DEFENDANT Steven Paul Butner, by Counsel Thomas E. Mixdorf and John C. Cannizzaro, ICE MILLER LLP:

| Exh | Description | Admitted | Not Admitted | Admitted over Obj. |
|---|---|---|---|---|
| A | ESS Payments for Office Space and Trucks (Butner000002) | | | |
| B | Invoice for Murphy USA Fuel Purchases 5/15/15 (Butner000003) | | | |
| C | Customer List showing Cost of Goods, Cost of Labor, and Balances (Butner000005) | | | |
| D | PNC Bank Register for ESS for 1/1/15 through 8/21/15 (Butner000006-16) | | | |
| E | UCC-1 Financing Statements (Butner000019-21) | | | |
| F | Real Estate Mortgage for $170,000 dated 3/19/14 (Butner000023-25) | | | |
| G | Security Agreement between Steven Butner and Camp Wright Investments, LLC dated 3/19/14 (Butner000027-35) | | | |
| H | Security Agreement between ESS and Camp Wright Investments, LLC dated 3/19/14 (Butner000037-45) | | | |
| I | Agreement to Recapitalize Corporation dated 3/19/14 (Butner000047-49) | | | |
| J | Note for $170,000 between ESS and Camp Wright Investments, LLC with Guaranty by Steven and Christina Butner with Interest and Amortization Schedule (Butner000051-56) | | | |
| K | Promissory Note for $40,000 between Steven Butner and Camp Wright Investments, LLC listing collateral (Butner000058) | | | |
| L | Promissory Note for $11,000 between Steven Butner and Camp Wright Investments, LLC listing collateral (Butner000060) | | | |
| M | ESS Debt Obligations as of August 5, 2015, with Loan Amortization Schedule for $170,000 Note with payments, late penalties and interest due and accounting of all known ESS debts (Butner000062-66) | | | |

| | | | | |
|---|---|---|---|---|
| N | Email dated 8/5/15 from customer Armstrong to Camp Wright (Butner000080) | | | |
| O | Email dated 8/7/15 from customer McPherson to Camp Wright (Butner000081) | | | |
| P | Diary Notes regarding ESS dated 6/18/13-1/7/14 (Butner000188-273) | | | |
| Q | List of weekly Accomplishments regarding ESS dated 6/18/13-1/2/14 (Butner000274-314) | | | |
| R | Craig Stephens' calendar for months June 2013-January 2014 (Butner000325-333) | | | |
| S | ESS Check No. 2722 dated 7/9/15 (Butner000435) | | | |
| T | ESS Check No. 2662 dated 1/23/15 (Butner000566) | | | |
| U | Steven Butner's 2014 Form W-2 (Butner001472) | | | |
| V | Steven Butner's 2015 Form W-2 (Butner001520) | | | |
| W | Plaintiffs' Responses to Defendant's First Set of Requests for Admission to Plaintiffs, 4/18/18 | | | |
| X | Plaintiffs' Response to Defendant's First Set of Interrogatories to Plaintiffs, 4/18/18 | | | |
| Y | Plaintiffs' Response to Defendant's First Requests for Production of Documents to Plaintiffs, 4/18/18 | | | |
| Z | Elstons' Check No. 9069 to ESS for $15,000 deposit dated 7/9/15 | | | |
| AA | ESS Draft Invoice No. 3976 to Art Elston for $45,000 dated 6/26/15 (Ex. A to Complaint) | | | |
| BB | ESS Invoice No. 3976 to Art Elston for $30,000 6/26/15 (Ex. A to Complaint) | | | |
| CC | Complaint filed 3/29/16 by Elstons in Boone County Superior Court, Cause No. 06D02-1603-CC-00044 (Ex. B to Complaint) | | | |
| DD | Default Judgment Entry dated 5/31/16 in Boone County Superior Court, Cause No. 06D02-1603-CC-00044 (Ex. B to Complaint) | | | |